**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

MAE E. ENGRON,                         )
                    Plaintiff,         )
        v.                             )        1:05-cv-1202-RLY-WTL
                                       )
HOMECOMING FINANCIAL,                  )
                                       )
                    Defendant.         )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: _01/17/2007_____

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

Deputy Clerk, U.S. District Court

Distribution:

Mae E. Engron
2020 Winter Ave.
Indianapolis, IN 46218

Theodore J. Nowacki
BOSE MCKINNEY & EVANS, LLP
tnowacki@boselaw.com